UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

STEVEN SAPHIRSTEIN, YOCHEVED CARLBACH, : Civil Action No.:
CINDY LEVY, and JUDY KAHN, individually and on : 15-CV-7264 ERK-MDG
behalf of all others similarly situated, :
:
Plaintiffs, :
:
v. :
: **NOTICE OF CHANGE**
: **OF E-MAIL ADDRESS**
:
MAUZONE MANIA LLC, PALACE FOODS LLC, :
FALCONE COOKIELAND, LTD., FALCONE :
BAKING CORP., ABC CORPORATIONS 1 – 10, :
and JOHN DOES 1 – 10, :
Defendants. :
---------------------------------------------------------------X

Counsel for the Plaintiffs, STEVEN SAPHIRSTEIN, YOCHEVED CARLEBACH, CINDY LEVY, and JUDY KAHN, hereby file a notice of change of e-mail address as described below. We hereby request that the Court's records be noted so that all notices are sent to the new e-mail address below.

Old e-mail address: bgainey@gaineyandmckenna.com

New e-mail address: bgainey@gme-law.com

Dated: October 14, 2016

GAINEY McKENNA & EGLESTON

Barry J. Gainey (BG7560)
*Attorneys for Plaintiffs*
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
T: (201) 225-9001
F: (201) 225-9002
E-Mail: bgainey@gme-law.com