# GAINEY McKENNA & EGLESTON

**ATTORNEYS AT LAW**
e-mail: info@gme-law.com

95 ROUTE 17 SOUTH
SUITE 310
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

**Please Reply to Paramus Address**

440 PARK AVENUE SOUTH
FIFTH FLOOR
NEW YORK, NEW YORK 10016
TEL: (201) 225-9001
FAX: (201) 225-9002

**Please Reply to Paramus Address**

October 14, 2016

**Via ECF Filing**
Honorable Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  Saphirstein, et al. v. Mauzone Mania LLC, et al.
> Case No.:  15-CV-07264-ERK-MDG
> Our File No.:  170.206

Dear Honorable Magistrate Judge Go:

Our law firm represents the plaintiffs in the captioned class action case. We are submitting this letter after talking to Josh of your Chambers.

Quite some time ago, our law firm changed domain names and e-mail addresses. The old e-mails addresses were set up to be forwarded to the new ones. Unfortunately, when the forwarding ended, the e-mail address for this case was not corrected in the Court's system. As a result, we were not receiving Pacer notices on the case. We apologize for the error and the resulting problems. We took steps to correct the problem as directed by Josh.

Josh informed us of Your Honor's July 8th Order denying our motion to serve the defendants by mailing a copy to their attorney in a different matter. We were unaware of the Order until we spoke to your Chambers.

He also told us about the Scheduling Order that you issued on September 30th, which we were also unaware of. That Order directed us to file affidavits of service or file a status report by October 7th. We did not do so because we were unaware of the Order and the deadline. Again, we apologize for the confusion caused by the e-mail issues described above.

As we discussed with your Chambers, we are requesting some additional time to take action in response to your Order on our motion. We will review Your Honor's Order and take the appropriate action. We are requesting an extension of time to file the affidavits of service or a status report. We hereby request an extension of 30 days, which is November 14th.

We thank you for your time and consideration.

Respectfully yours,

**GAINEY McKENNA & EGLESTON**

Barry J. Gainey

BJG/dxg