UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEVEN SAPHIRSTEIN, YOCHEVED CARLBACH, CINDY LEVY and JUDY KAHN, individually and on behalf of all others similarly situated,

                                                  Plaintiff,

-against-

MAUZONE MANIA, LLC, PALACE FOODS, LLC, FALCONE COOKIELAND, LTD., FALCONE BAKING CORP., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

                                                  Defendants.

15-cv-7264(ERK) (RML)

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff and Defendants Falcone Cookieland, LTD and Falcone Baking Corp. (collectively, the "Falcone Defendants"), that the time for the Falcone Defendant to answer or otherwise respond to the Amended Class Action Complaint is hereby extended through and including January 31, 2017. It is further agreed that this Stipulation may be executed in counterparts and by electronic/PDF or facsimile.

No prior request for an extension of time to answer or otherwise respond has been sought.

Dated: New York, New York
       December 20, 2016

GAINEY McKENNA & EGLESTON

By: _____
    Barry J. Gainey, Esq.
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
Tel: (201) 225-9001
*Attorneys for Plaintiffs*
bgainey@gme-law.com

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.

By: _____
    Felicia S. Ennis, Esq.
875 Third Avenue
New York, New York 10022
Tel: (212) 603-6300
*Attorneys for Defendants Falcone Cookieland, LTD and Falcone Baking Corp.*
fse@robinsonbrog.com

{00831240.DOC;1 }

So Ordered:

_____
Hon. Edward R. Korman, U.S.D.J.