UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SAPHIRSTEIN, YOCHEVED CARLBACH, CINDY LEVY and JUDY KAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MAUZONE MANIA, LLC, PALACE FOODS, LLC, FALCONE COOKIELAND, LTD., FALCONE BAKING CORP., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>Defendants. | 15-cv-7264(ERK) (RML)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Robinson Brog Leinwand Greene Genovese & Gluck P.C. hereby appears in the above-entitled action on behalf of Defendants FALCONE COOKIELAND, LTD AND FALCONE BAKING CORP. Please send all future communications in this action to the undersigned attorneys.

Dated: December 22, 2016
New York, New York

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.

By: _____
David M. Blumenthal, Esq.
875 Third Avenue
New York, New York 10022
Tel: (212) 603-6300
*Attorneys for Defendants Falcone Cookieland, LTD and Falcone Baking Corp.*
dmb@robinsonbrog.com

{00831570.DOC;1 }