UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SAPHIRSTEIN, YOCHEVED CARLBACH, CINDY LEVY and JUDY KAHN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    -against-<br><br>MAUZONE MANIA, LLC, PALACE FOODS, LLC, FALCONE COOKIELAND, LTD., FALCONE BAKING CORP., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>        Defendants. | 15-cv-7264 (ERK) (RML)<br><br><br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Robinson Brog Leinwand Greene Genovese & Gluck P.C., whose address is 875 Third Avenue, 9th Floor, New York, New York 10022, hereby appears in the above-captioned action on behalf of Defendants Falcone Cookieland, Ltd. and Falcone Baking Corp. (the "Falcone Defendants"). Please enter my appearance as counsel for the Falcone Defendants in this action and serve copies of all future pleadings, papers, notices, and other communications relating to this action on the undersigned.

  I certify that I am admitted to practice in this Court.

Dated: December 22, 2016     ROBINSON BROG LEINWAND GREENE
   New York, New York     GENOVESE & GLUCK P.C.

              By: /s/ Nicholas M. Menasché
                  Nicholas M. Menasché, Esq.

              875 Third Avenue
              New York, New York 10022
              Tel: (212) 603-6300
              nmm@robinsonbrog.com

              *Attorneys for Defendants Falcone Cookieland, Ltd. and Falcone Baking Corp.*