UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SAPHIRSTEIN, YOCHEVED CARLBACH, CINDY LEVY and JUDY KAHN, individually and on behalf of all others similarly situated,<br><br>                                       Plaintiffs,<br><br>                                -against-<br><br>MAUZONE MANIA, LLC, PALACE FOODS, LLC, FALCONE COOKIELAND, LTD., FALCONE BAKING CORP., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>                                       Defendants. | 15-cv-7264 (ERK) (RML)<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Defendants FALCONE COOKIELAND, LTD. AND FALCONE BAKING CORP., are not publicly held companies, do not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of the stock of any Defendant.

Dated: December 22, 2016
        New York, New York

Respectfully submitted,

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK, P.C.

By: __/s/ Felicia S. Ennis_____
       Felicia S. Ennis
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
fse@robinsonbrog.com
*Attorneys for Defendants*